*Lloyd D. Pedersen*, in support of the petition.

*Brenden P. Leydon*, in opposition.

Decided June 30, 2011

JONATHAN M. TANZMAN *v.* MARGARET E. MEURER

The plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 405 (AC 30723/AC 30973), is granted, limited to the following issue:

"Did the Appellate Court properly determine that, in a family case, the trial court is not required to specify the earning capacity amount it relied on in determining alimony and child support, after motions for articulation and/or clarification are filed requesting said information?"

The Supreme Court docket number is SC 18812.

*Samuel V. Schoonmaker IV* and *Wendy Dunne DiChristina*, in support of the petition.

*Gaetano Ferro*, in opposition.

Decided June 30, 2011